UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WATERS,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY BOHRINGER, et al.,<br><br>    Defendants. | Case No. 23-cv-02600-SI<br><br>**ORDER REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA,<br>COUNTY OF CONTRA COSTA** |

This is a personal injury/motor vehicle action brought by plaintiff Paul Waters against defendants: National Railroad Passenger Corporation, d/b/a Amtrak; Larry Bohringer d/b/a LJB Trucking, Inc.; and LJB Trucking, Inc.

On May 25, 2023, Amtrak removed this action from Contra Costa County Superior Court. Dkt. No. 1. In August 2023, plaintiff and Amtrak stipulated to dismiss Amtrak from this action pursuant to Federal Rule of Civil Procedure 41(a)(ii). Dkt. Nos. 10, 12. Since that time, the remaining parties have filed several status reports in which they acknowledge that, given Amtrak's dismissal, there is no longer federal jurisdiction over this case. *See* Dkt. Nos. 16, 19. In the status reports, defendants Bohringer and LBJ Trucking asked the Court to refrain from remanding the case while LBJ Trucking determined whether to file a cross-complaint against Amtrak. *Id.*

The Court held a status conference on November 3, 2023, at which plaintiff's counsel did not appear. The Court notified defense counsel that federal jurisdiction was lacking and, unless defendants filed either the cross-complaint or a timetable for filing the cross-complaint by December 8, 2023, the Court would remand this matter to state court. Dkt. No. 20.

The time for defendants to file something concerning the cross-complaint has come and gone and defendants have not filed anything.

Accordingly, the Court REMANDS this matter to the Superior Court of California, County of Contra Costa.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: December 14, 2023



SUSAN ILLSTON
United States District Judge